UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GIGSMART, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-02003-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to *Johnson v. GIGSMART, INC.*, 24-cv-02521-AGT.

　　　　**IT IS SO ORDERED.**

Dated: March 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge